WILLIAM FORAN v. FRANK W. ALLEN AND MARTIN
MANNION.

*Vexatious appeal—Damages.*

In this case the judgment is affirmed, with $20 damages for vexatious
appeal.

Error to Saginaw. (Gage, J.) Submitted upon briefs
June 14, 1887. Decided October 13, 1887.

Assumpsit. Defendants bring error. Affirmed. The facts
are stated in the opinion.

*Trask & Smith,* for appellants.
*Holden & Harris,* for plaintiff.

CHAMPLIN, J. Plaintiff brought his action in a justice's
court to recover for services he had performed for defendants,
and, after a trial, recovered judgment for $35.31, besides
costs. After suit brought before the justice, the defendants
tendered into court $8.95 for damages, and $1.75 costs.
Defendants appealed from the judgment rendered by the
justice, and a trial was had before a jury, and the plaintiff
again recovered judgment for $26.82 damages. Defendants
brought the case here upon writ of error.

The assignments of error are frivolous, and without merit.
The case was submitted upon briefs. The defendants' coun-
sel in their brief say:

"There is no dispute as to the time worked, or amount
that has been paid, but the dispute is wholly over the price
agreed to be paid; plaintiff claiming that he was promised
$26 per month, and defendants claiming that the wages were
not fixed at the time, but were to be the going wages. It is
not disputed that plaintiff hired out as a chopper, and it is
conceded that he did no other work but chop."

The parties, as well as other witnesses, were sworn and testified, and the jury have passed on their credibility, and found for the plaintiff.    There was no error committed upon the trial, and no reason exists for bringing the case here.

The judgment is affirmed, with costs of both courts, and damages are imposed for the vexatious appeal, for which judgment will be entered in addition to that affirmed, to the amount of $20.

The other Justices concurred.